OPINION — AG — ** DEPUTY SHERIFFS — PROCESS SERVERS — DUAL COMPENSATION ** (1) A SALARIED DEPUTY SHERIFF 'MAY' LEGALLY BECOME A PRIVATE LICENSED PROCESS SERVER PURSUANT TO 12 O.S. 158.1 [12-158.1] (2) A SALARIED DEPUTY SHERIFF, LICENSED AS A PRIVATE PROCESS SERVER, MAY KEEP THE FEES THAT HE EARNS PURSUANT TO THE CONTRACT THAT HE ENTERS INTO WITH HIS CLIENT UNDER THE PROVISIONS OF 12 O.S. 158.2 [12-158.2] (3) A SALARIED DEPUTY SHERIFF, LICENSED AS A PRIVATE PROCESS SERVER, MAY 'NOT' UTILIZE THE PROPERTY OR THE FACILITIES OF THE SHERIFF'S OFFICE WHEN HE SERVES PROCESS PURSUANT TO HIS LICENSE, NOR MAY HE SERVE SUCH PROCESS DURING THE HOURS DURING WHICH HE IS ON DUTY AS A DEPUTY SHERIFF. (PUBLIC FUNDS FOR PRIVATE USE, DUAL OFFICE, SUMMONS, COURT, PUBLIC OFFICIAL, MISAPPROPRIATION OF PUBLIC FUNDS COUNTY) CITE: 12 O.S. 158.1 [12-158.1], 12 O.S. 158.2 [12-158.2] [12-158.2], 19 O.S. 541 [19-541], 19 O.S. 163 [19-163] [19-163], 19 O.S. 164 [19-164], 19 O.S. 180.43 [19-180.43] [19-180.43], 51 O.S. 6 [51-6] (DUAL OFFICE HOLDING), OPINION NO. 73-114, OPINION NO. 74-130, ARTICLE II, SECTION 11 (WILLIAM H. LUKER)